UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-61195-CIV-WILLIAMS

ALAN REDDISH,

    Plaintiff,

vs.

SEDIER INC. D/B/A ANDY'S
SPORTS BAR and RAVENSWOOD
WAREHOUSES LLC,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. On January 13, 2016, the Court entered an order requiring a joint pre-trial conference report and joint proposed scheduling order from the Parties by January 25, 2016. (DE 15). Neither party filed any response to the order. On February 3, 2016, the Court entered an order to show cause as to why sanctions should not be imposed against both Parties for failure to comply with Court order. (DE 16). Neither party responded to the order.

As the Eleventh Circuit has recognized, "[t]he district court possesses the inherent power to police its docket . . . [i]ncident to [which], the judge may impose formal sanctions upon dilatory litigants . . . rang[ing] from a simple reprimand to an order dismissing the action with or without prejudice." *See Mingo v. Sugar Cane Growers Co-Op of Fla.*, 864 F.3d 101, 102 (11th Cir. 1989). Indeed, "Rule 41(b) authorizes a district court to dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules." *Gratton v. Great Am. Communs.*, 178 F.3d 1373, 1374 (11th Cir. 1999).

Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED**. The Clerk is directed to **CLOSE** this case. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 24th day of February, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE